ACCEPTED
01-15-00620-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 5:19:28 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00620-CV

IN THE COURT OF APPEALS OF TEXAS
FOR THE FIRST DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 5:19:28 PM
CHRISTOPHER A. PRINE
Clerk

## LEVCO CONSTRUCTION, INC.

*Appellant and Cross-Appellee,*

V.

## CLEVELAND CONSTRUCTION, INC.

*Appellee,*

V.

## WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P.,

*Appellee and Cross-Appellant.*

**Appealed from the 270th District Court
of Harris County, Texas, Cause No. 2011-23308**

## UNOPPOSED SWORN MOTION FOR PRO HAC VICE ADMISSION OF LEAH A. ROCHWARG

TO THE HONORABLE COURT OF APPEALS OF TEXAS FOR THE FIRST DISTRICT OF HOUSTON, TEXAS:

Leah A. Rochwarg, as counsel for Appellee and Cross-Appellant Whole Foods Market Rocky Mountain/Southwest, L.P. ("Whole Foods") respectfully files this Unopposed Sworn Motion for Pro Hac Vice Admission of Leah A. Rochwarg pursuant to Texas Government Code Section 82.001, *et seq.* and Rule XIX of the Rules Governing Admission to the Bar of Texas. Whole Foods' counsel has

consulted with counsel for all other parties to this appeal. All parties are unopposed to this motion.

1.     Ms. Rochwarg's contact information is: Seyfarth Shaw, LLP, Two Seaport Lane, Suite 300, Boston, MA 02210; Phone: (617) 946-4800; Fax: (617) 946-4801; email: lrochwarg@seyfarth.com.

2.     Robert J. Carty, Jr. is an attorney licensed in Texas and will remain associated in these proceedings. Mr. Carty's contact information is: Seyfarth Shaw LLP, 700 Milam Street, Suite 1400, Houston, Texas 77002; Phone: (713) 225-2300; Facsimile: (713) 225-2340; email: rcarty@seyfarth.com, Texas State Bar No. 00788794.

3.     Ms. Rochwarg has not appeared or sought leave to appear in any Texas federal or state courts within the past two years, with the exception of her pro-hac-vice admission as counsel for Whole Foods in the trial-court proceedings in this case.

4.     Ms. Rochwarg is an active member in good standing in each of the following courts and jurisdictions:

      a.     Commonwealth of Massachusetts;

      b.     State of Florida;

      c.     District of Columbia;

      d.     United States District Court for the District of Massachusetts; and

      e.     United States Court of Appeals for the First Circuit.

5.    Ms. Rochwarg has not been the subject of any disciplinary action by the Commonwealth of Massachusetts Bar or by any state or federal courts in any jurisdiction of the United States.

6.    Ms. Rochwarg has not been denied admission to any state or federal courts in the United States during the preceding five years.

7.    Ms. Rochwarg is familiar with the Texas State Bar Act, the Texas State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and will at all times abide by and comply with same so long as this matter is pending and she has not withdrawn as counsel herein.

8.    Mr. Carty finds Ms. Rochwarg to be a reputable attorney and recommends that Ms. Rochwarg be granted permission to participate in this matter before this Court.

9.    Pursuant to Rule XIX(c) of the Rules Governing Admission to the Bar of Texas, Ms. Rochwarg submits the Non-Resident Acknowledgement Letter from the Texas State Board of Law Examiners. *See* Exhibit A, Acknowledgement Letter.

WHEREFORE, Leah A. Rochwarg respectfully request that this Motion be granted and grant such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

*/s/ Leah A. Rochwarg*
Leah A. Rochwarg, *pro hac vice pending*
Mass. SBN 566524
lrochwarg@seyfarth.com
Robert J. Carty, Jr.
Texas Bar No. 00788794
rcarty@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile:  (713) 225-2340


John H. Hempfling, II
Texas Bar No. 24029609
John.Hempfling@wholefoods.com
Global Litigation Counsel
Whole Foods Market Central Office
550 Bowie Street
Austin, Texas 78703
Telephone: (512) 542 0213
Facsimile: (512) 482-7213


COUNSEL FOR APPELLEE AND CROSS-
APPELLANT WHOLE FOODS MARKET ROCKY
MOUNTAIN/SOUTHWEST, L.P.

## CERTIFICATE OF CONFERENCE

I certify that, on August 11, 2015, I conferred with Gregory Jones, counsel for Levco Construction, Inc.; Josh Bowlin, counsel for Cleveland Construction, Inc.; and Alan Harlan, counsel for Insurors Indemnity; and that each counsel informed me that his client does not oppose this Motion.

/s/ Leah A. Rochwarg
Leah A. Rochwarg

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2015, a true and correct copy of the foregoing instrument was properly forwarded to counsel of record in accordance with the Texas Rules of Appellate Procedure, as follows:

Josh N. Bowlin, Esq.
josh.bowlin@chamberlainlaw.com
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Fax: 713-658-2553

COUNSEL FOR CLEVELAND CONSTRUCTION, INC.

Gregory N. Jones, Esq.
gjones@gnjlaw.net
Law Offices of Gregory N. Jones
1001 Texas Avenue, 14th Floor
Houston, Texas 77002
Fax: 713-979-4440

COUNSEL FOR LEVCO CONSTRUCTION, INC.

Alan J. Harlan, Esq.
aharlan@wgblawfirm.com
Wright Ginsberg Brusilow, P.C.
14755 Preston Road, Suite 600
Dallas, Texas 75254
Fax: 972-702-0662

COUNSEL FOR INSURORS INDEMNITY

/s/ Robert J. Carty, Jr.
Robert J. Carty, Jr.

# VERIFICATION

STATE OF TEXAS       §
                                §

COUNTY OF HARRIS     §

       BEFORE ME, the undersigned Notary Public, on this day personally appeared Robert J. Carty, Jr., known to me to be the person whose name is subscribed above, and acknowledged to me that he signed the foregoing document and that the information in paragraph 2 of the foregoing Unopposed Sworn Motion for Pro Hac Vice Admission of Leah A. Rochwarg is within his personal knowledge and true and correct.

_____
Robert J. Carty, Jr.

       SUBSCRIBED AND SWORN TO BEFORE ME on this 11th day of August, 2015, to certify which witness my hand and seal of office.



_____
Notary Public in and for
the State of Texas

My commission expires: 12-18-18

BEVERLY ANN MAXWELL
Notary Public, State of Texas
My Commission Expires
December 18, 2018

## VERIFICATION

COMMONWEALTH OF MASSACHUSETTS     §
                                          §
COUNTY OF *Suffolk*                       §

      BEFORE ME, the undersigned Notary Public, on this day personally appeared Leah A. Rochwarg, known to me to be the person whose name is subscribed above, and acknowledged to me that she signed the foregoing document, that the information in paragraphs 1-9 of the foregoing Unopposed Sworn Motion for Pro Hac Vice Admission of Leah A. Rochwarg is within her personal knowledge and true and correct.

_____
Leah A. Rochwarg

      SUBSCRIBED AND SWORN TO BEFORE ME on this ___11th___ day of August, 2015, to certify which witness my hand and seal of office.



_____
Notary Public in and for
the State of California

My commission expires: __5-13-22__

KIMBERLY H. HOVEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 13, 2022

# EXHIBIT A

## Acknowledgment Letter

# Board of Law Examiners

Appointed by the Supreme Court of Texas

P.O. Box 13486   *   Austin, Texas  78711-3486

## Acknowledgment Letter
## Non-Resident Attorney Fee

August 05, 2015

To:  Beverly Maxwell

Via:  bmaxwell@seyfarth.com

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney:** Leah A. Rochwarg

**Case:** 01-15-00620-cv

**Texas court or body:** Levco Construction Inc v Whole Foods Market Inc etal;01150020CV;First Court of Appeals Houston Texas

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director